IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 1:17-cr-00005 |
| | ) | JUDGE RICHARDSON |
| DARRYL WAYNE PIGG | ) | |
| | ) | |

# **ORDER**

For the reasons stated in the Court's accompanying Memorandum Opinion, Defendant's Motion to Suppress (Doc. No. 30) is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE